# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Allen Boyd Jr.,

    Plaintiff(s),

vs.

Jennifer Langley, Supt of
Albemarle Correctional Institution,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:03-cv-607-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 3, 2006 Order.

**Signed: May 3, 2006**

Frank G. Johns, Clerk
United States District Court